In the Matter of John M. Finnerty, as District Attorney of the County of Steuben, Petitioner, v. Robert J. McDowell, as Acting County Judge of County of Steuben, Respondent.— Application

Present — Marsh, J. P., Witmer, Moule and Cardamone, JJ.
In the Matter of JUDITH A. MUSSO, Also Known as JUDITH NELSON, Respondent, v. GARY MCALPINE et al., Appellants.— Judgment